Dorothy W. Temple, Respondent, v. Philip Liebmann, Appellant.—

No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.